**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY LOUIS JUDGE, | ) | NO. ED CV 13-747-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF STATE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 2, 2013.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE